FILED

2007 SEP 17 PM 12:35

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ αip _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. |
|---|---|---|
| Plaintiff, | ) | '07CV 1798 WQH (AJB) |
| v. | ) | ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |
| $1,900.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant property during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant property, the United States Marshal shall be custodian of the defendant property on behalf of this Court until further order, and

IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency in the Seized Assets Deposit Account which shall be substituted as the <u>res</u> in this action.

DATED: 9/17/07

_____
UNITED STATES DISTRICT JUDGE